UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **DANIEL A. FIELD,** | ) |
| | ) |
| **Plaintiff** | ) |
| v. | ) |
| | ) CIVIL NO: 05-100-P-S |
| **JO ANNE B. BARNHART,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendant** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 10) filed March 6, 2006, the Recommended Decision is Affirmed.

Accordingly, it is ORDERED that the Commissioner's Decision is AFFIRMED. This matter is DISMISSED.

/s/ George Z. Singal
United States Chief Judge

Dated this 30th day of March, 2006.